UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

APR 11 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| FIREARMS POLICY COALITION, INC., et al.;<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>CITY OF SAN DIEGO, et al.;<br><br>　　　　Defendants - Appellees. | No. 24-472<br><br>D.C. No.<br>3:23-cv-00400-LL-VET<br>Southern District of California,<br>San Diego<br><br>ORDER |

The answering brief submitted by Appellees County of Alameda and County of Santa Clara is filed.

Within 7 days of this order, Appellees must file 6 copies of the brief in paper format bound with red front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT