# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-472

**Case Name** Firearms Policy Coalition, Inc., et al. v. City of San Diego, et al.

**Hearing Location** (*city*) Pasadena

**Your Name** Bradley A. Benbrook

List the sitting dates for the two sitting months you were asked to review:

October 2024, November 2024

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

November 4-8 (out of state work commitments)
November 18 (out of state work commitments)

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○Yes ●No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Bradley A. Benbrook  **Date** June 11, 2024

(*use* "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov