| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | SEP 27 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

FIREARMS POLICY COALITION, INC.; et al.,

      Plaintiffs - Appellants,

 v.

CITY OF SAN DIEGO; et al.,

      Defendants - Appellees.

No. 24-472

D.C. No. 3:23-cv-00400-LL-VET
Southern District of California, San Diego

ORDER

The panel unanimously finds this case suitable for decision without oral argument. This case shall be submitted on the briefs and record, without oral argument, on October 8, 2024 in Pasadena, California. Fed. R. App. P. 34(a)(2).

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT